**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **BETTY HOWELL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08-1029** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVOL, INC. and C.R. BARD, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**
**AND NOTICE OF ENTRY OF APPEARANCE**

Comes now, Gill Elrod Ragon Owen & Sherman, P.A., and for its Motion for Substitution of Counsel states as follows:

1. Plaintiff's counsel, Marie-B Miller, is no longer employed with Gill Elrod Ragon Owen & Sherman, P.A.

2. Dylan H. Potts of Gill Elrod Ragon Owen & Sherman, P.A. hereby enters his appearance as counsel for Plaintiff in this matter.

4. Gill Elrod Ragon Owen & Sherman, P.A. respectfully requests that Dylan H. Potts be substituted as counsel of record in this matter.

WHEREFORE, Gill Elrod Ragon Owen & Sherman, P.A. prays its Motion for Substitution of Counsel be granted, and that Dylan H. Potts be substituted for Marie B. Miller.

Respectfully submitted,

Dylan H. Potts (ABA #2001258)
GILL ELROD RAGON OWEN & SHERMAN, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock, AR 72201
(501) 376-3800