IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BETTY HOWELL PLAINTIFF

VS. CASE NO. 08-CV-1029

DAVOL, INC. and C.R. BARD, INC. DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Substitution of Counsel. (Doc. No. 2). In her motion, Plaintiff states that Marie-B Miller is no longer employed with the law firm of Gill Elrod Ragon Owen & Sherman, P.A. Therefore, Plaintiff asks that Dylan H. Potts be substituted as counsel of record on her behalf in this matter. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, Marie-B Miller is hereby relieved as counsel of record for the Plaintiff in this matter and Dylan H. Potts of the law firm of Gill Elrod Ragon Owen & Sherman, P.A., 425 W. Capitol Avenue, Suite 3801, Little Rock, Arkansas 72201 is hereby substituted as the counsel of record for the Plaintiff, Betty Howell.

IT IS SO ORDERED, this 28th day of July, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge