CLOSED

# U. S. District Court
# Western District of Arkansas (El Dorado)
# CIVIL DOCKET FOR CASE #: 1:08−cv−01029−HFB

Howell v. Davol Inc. et al
Assigned to: Honorable Harry F. Barnes
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 04/25/2008
Date Terminated: 07/29/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Betty Howell** represented by

**Dylan H. Potts**
Gill Elrod Ragon Owen Sherman
425 W. Capitol Ave. Ste. 3801
Little Rock, AR 72201
(501) 376−3800
Fax: (501) 372−3359
Email: potts@gill−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie−Bernarde Miller**
Gill, Elrod, Ragon, Owen &Sherman, P.A.
425 West Capitol Ave
Suite 3801
Little Rock, AR 72201
501−376−3800
Fax: 501−372−3359
Email: mmiller@williamsanderson.com
*TERMINATED: 07/28/2008*
*LEAD ATTORNEY*

V.

**Defendant**

**Davol Inc.**
*A Delaware Corporation*

**Defendant**

**C. R. Bard, Inc.**
*A New Jersey Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2008 | Ï 1 | COMPLAINT against Davol Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 1000078.), filed by Betty Howell.(cnn) (Entered: 04/25/2008) |
| 04/25/2008 | Ï | Summons Issued as to Davol Inc., C. R. Bard, Inc. and returned to attorney/plaintiff for service (cnn) (Entered: 04/25/2008) |

| | | |
|---|---|---|
| 04/25/2008 | Ï | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiff Betty Howell. Complaint 1 lists multiple attorneys appearing for the filer. Derek Potts of Kansas City, MO must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (cnn) (Entered: 04/25/2008) |
| 07/14/2008 | Ï | CLERK'S FIRST NOTICE re No Service of Process directed to Plaintiff Betty Howell. No answer or other responsive pleading has been filed. The file does not reflect a proof of service of the complaint upon the defendant(s). Federal Rules of Civil Procedure 4(l) requires proof of service to be filed with the court. If service is not perfected on a defendant within 120 days after filing the complaint, a show cause order will issue and the complaint against that defendant is subject to dismissal pursuant to Federal Rules of Civil Procedure 4(m). TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (cnn) (Entered: 07/14/2008) |
| 07/17/2008 | Ï 2 | MOTION to Substitute Attorney *Motion for Substitution of Counsel and Notice of Entry of Appearance* by Betty Howell. (Potts, Dylan) (Entered: 07/17/2008) |
| 07/28/2008 | Ï 3 | ORDER granting 2 Motion to Substitute Attorney; Marie−Bernarde Miller terminated and Dylan H. Potts allowed to substitute as counsel of record for the plaintiff. Signed by Honorable Harry F. Barnes on July 28, 2008. (cnn) (Entered: 07/28/2008) |
| 07/29/2008 | Ï 4 | Conditional Transfer Order (CTO−20) transferring case to District of Rhode Island. (cnn) (Entered: 07/29/2008) |